LORRAINE VAN KIRK (CA SBN 287192)
490 Post Street, Ste. 500-2412
San Francisco, CA 94102
Telephone: (510) 306-2428
Email: Lorraine@VanKirkLegal.com

*Pro Bono* Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO RUIZ GARCIA,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN et al.,<br>Respondents. | Case No. 3:26-cv-12237-RFL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER** |

Petitioner Eduardo Ruiz Garcia and Respondents, through their counsel of record, stipulate as follows:

1. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner voluntarily dismisses this action, including his Petition for Writ of Habeas Corpus (Dkt. No. 1) and all pending motions, without prejudice. Petitioner will not challenge his detention at his upcoming Master Hearing on November 4, 2026.

2. This stipulation is signed by all parties who have appeared in this action.

3. The parties request that the Court vacate all pending deadlines and hearings in this action.

4. The Stipulation and Protective Order Regarding Body-Worn Camera Footage (Dkt. No. 12) and other produced material designated as "CONFIDENTIAL" remain in effect according to their terms after dismissal. The parties request that the Court retain jurisdiction to enforce them.

IT IS SO STIPULATED.

Dated: November 2, 2026

By: /s/ Lorraine Van Kirk
Lorraine Van Kirk
*Pro Bono* Attorney for Petitioner

Dated: November 2, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: /s/ William Skewes-Cox
William Skewes-Cox
Special Assistant United States Attorney
Attorneys for Respondents

**FILER'S ATTESTATION**

Under Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Lorraine Van Kirk
Lorraine Van Kirk

# **[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE.

2. All pending deadlines and hearings are VACATED.

3. The Court retains jurisdiction to enforce the Stipulation and Protective Order Regarding Body-Worn Camera Footage (Dkt. No. 12).

4. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 2, 2026

HONORABLE RITA F. LIN
United States District Judge